**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 16-<u>10032</u>-01-<u>EFM</u> |
| | ) | |
| **SARAH J. HOPKINS**, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

**SALE OR TRANSFER OF A FIREARM
TO A PROHIBITED PERSON
[Title 18, U.S.C. § 922(d)]**

On or about July 30, 2015, in the District of Kansas, the defendant,

**SARAH J. HOPKINS**,

knowingly transferred firearms, that is, a Glock, Model 22, .40 caliber semi-automatic handgun and a Zastava Serbia, AK-47 type semi-automatic rifle, to Cedric Ford, knowing and having reasonable cause to believe that Cedric Ford had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

1

# FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c).

2. Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to:

    A. a Glock, Model 22, .40 caliber semi-automatic handgun and ammunition;

    B. a Zastava Serbia, AK-47 type semi-automatic rifle and ammunition.

All pursuant to 18 United States Code, § 924(d) and Title 28 United States Code, § 2461(c).

A TRUE BILL

March 1, 2016                  s/ Foreman
DATE                                FOREMAN OF THE GRAND JURY

s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks.S.Ct. No. 10866

(It is requested that trial be held in Wichita, Kansas.)