# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 16-10032-EFM |
| | ) | |
| **SARAH HOPKINS**, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE PURSUANT TO RULE 12.2(b)

COMES NOW, the defendant, SARAH J. HOPKINS, by and through counsel, Douglas

L. Adams, Jr., and hereby gives notice to the United States, pursuant to Fed. R. Crim. P. 12.2(b),

that she intends to introduce expert evidence relating to a mental disease or defect or other

mental condition of Defendant on the issue of guilt, namely battered woman's syndrome.

Defendant's mental state is relevant to the crimes charged, and expert testimony would

assist the jury in determining her state of mind and whether she acted as she did because Cedric

Ford threatened and abused her.  Defendant was evaluated by Dr. Marilyn Hutchinson in March

of 2016, and Dr. Hutchinson concluded that Defendant suffered from PTSD and battered

woman's syndrome at the time of the alleged criminal offenses.

This Court has allowed the presentation of evidence of battered woman's syndrome in

support of a defense of compulsion, coercion or duress.  United States v. Brown, 891 F.Supp.

1501, 1505-08 (D. Kan. 1995).  *See also* United States v. Marenghi, 893 F.Supp. 85 (D. Me.

1995) (holding expert evidence of battered woman's syndrome was relevant to a duress defense

in a case charging the defendant with various federal drug offenses).

WHEREFORE, Defendant gives notice to the United States that she intends to present expert testimony and evidence relating to battered woman's syndrome on the issue of Defendant's guilt.

Respectfully submitted,

s/ Douglas L. Adams, Jr.
Douglas L. Adams  #16092
Ney & Adams
200 N. Broadway, Suite 100
Wichita, Kansas 67202
(316) 264-0100
Fax: (316) 264-1771
Email: adams@naslaw.net
Attorney for Defendant Sarah J. Hopkins

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE PURSUANT TO RULE 12.2(b) was delivered to the United States Attorney's Office and all other interested parties on this 29th day of June, 2016, through the electronic filing procedures of the United States District Court.

s/ Douglas L. Adams, Jr.
Douglas L. Adams, #16092