# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No. 16-10032-01-EFM |
| } | |
| **SARAH J. HOPKINS,** } | |
| } | |
| Defendant. } | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT 1

On or about February 5, 2016, in the District of Kansas,

**SARAH J. HOPKINS**,

knowing that a felony had been committed by Cedric L. Ford, did fail to notify, as soon as possible, a judge or other authority and made efforts to conceal that felony, in that, Sarah J. Hopkins did provide a firearm to Cedric L. Ford knowing that Ford was a convicted felon and that he was not able to lawfully possess a firearm and in completing the ATF Form 4473 to obtain the firearm she concealed the fact the firearm was going to be provided by her to Ford.

In violation of Title 18, United States Code, § 4.

THOMAS E. BEALL
Acting United States Attorney

/s/ Lanny D. Welch
LANNY D. WELCH
Ks. S.Ct. No. 13267
Assistant U.S. Attorney
301 N. Main
1200 Epic Center
Wichita, Kansas 67202
(316) 269-6481
Lanny.Welch@usdoj.gov