**CLERK'S COURTROOM MINUTE SHEET- WITNESS LIST**

## CASE NO. 16-10032-EFM

| WITNESS FOR USA | | WITNESS FOR DEFT | |
|---|---|---|---|
| Name | Sworn | Name | Sworn |
| _____ | ( __ ) | Marilyn Hutchinson | ( X ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |
| _____ | ( __ ) | _____ | ( __ ) |